UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUE GRIMM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INTERNATIONAL BUSINESS )<br>MACHINES, )<br>)<br>Defendant. ) | No. 4:06-CV-1472 (CEJ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion.  Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.


CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE


Dated this 18th day of December, 2006.